(94 South. 134)
## LEE v. STATE. (4 Div. 740.)

(Court of Appeals of Alabama. June 13, 1922. Rehearing Denied June 30, 1922.)

**Criminal law** ⬤═══1090(14)—**Written charges refused not reviewable where appeal is on record without exceptions.**

Where an appeal is taken on the record proper without a bill of exceptions, special written charges refused cannot be reviewed.

Appeal from Circuit Court, Covington County; A. B. Foster, Judge.

B. S. Lee, alias, etc., was convicted of forgery, and he appeals. Affirmed.

Certiorari denied 94 South. ——.

Powell & Reid, of Andalusia, for appellant.

Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. This appeal is from a judgment of conviction of the offense of forgery in the second degree. There is no bill of exceptions, the appeal being upon the record proper. In this condition of the record we are without authority to consider the special written charges refused to defendant.

The record appears regular in all respects, and, there being no error apparent thereon, the judgment of the circuit court appealed from must be affirmed.